

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>David Castaneda-Solis (7),<br><br>Defendant. | Criminal Case No. 17CR0648-GPC<br><br>ORDER |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Counts(s) 3 of the Superseding Indictment.

Dated: 05/25/18

_____
HON. GONZALO P. CURIEL
United States District Judge

17CR0648-GPC